# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| M.D. CORNELIUS JOSEPH O'LEARY, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:14-CV-01371-APG-NJK <br><br> **ORDER** <br><br> (Dkt. #5) |

On September 18, 2014, Magistrate Judge Koppe entered a Report & Recommendation (Dkt. #5) recommending I dismiss this case with prejudice. Plaintiff O'Leary objects. I conducted a de novo review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1). Judge Koppe's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Report & Recommendation (Dkt. #5) is adopted and plaintiff's complaint is dismissed with prejudice.

DATED this 13th day of April, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE